**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFFS IN PRO PER ERROL AND TABATHA LOCKE,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. AND AMERICA'S SERVICING COMPANY (A DIVISION OF WELLS FARGO BANK),<br><br>Defendants. | CASE NO.: 2:19-cv-08854-ODW(JPRx)<br><br>*[Assigned to the Hon. Otis D. Wright, II]*<br><br>**JUDGMENT OF DISMISSAL** |

On June 30, 2020 the Court entered an Order granting Defendant Wells Fargo Bank, N.A.'s motion under Fed. R. Civ. P. 12(b)(6) to dismiss plaintiffs' first amended complaint in its entirety, with prejudice. Dkt. 41.

**ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.   Judgment is entered in favor of defendant WELLS FARGO BANK, N.A., (erroneously sued as "AMERICA'S SERVICING COMPANY A DIVISION

1  OF WELLS FARGO BANK"), and against plaintiffs Errol Locke and Tabatha
2  Locke; *and*

3    2.    Plaintiffs Errol Locke and Tabatha Locke will recover nothing in this
4  action from the defendants.

7  DATED: July 13, 2020

                         HON. OTIS D. WRIGHT, II
                         UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 North Lake Avenue, Suite 1100, Pasadena, California  91101-4158.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

*Plaintiffs in Pro Per*

Errol Locke
Tabatha Locke
6604 Springpark Avenue #4
Los Angeles, California 90056

Tel:  (323) 440-0097
tab.locke2015@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on July 9, 2020.

| Carol Leach | */s/ Carol Leach* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |